LIGE JONES v. THE STATE.

No. 6525.  Decided January 18, 1922.

**Carrying Pistol—Notice of Appeal—Jurisdiction.**

In the absence of notice of appeal, this court has no jurisdiction of the appeal, and the same must be dismissed.

Appeal from the County Court of Denton.  Tried below before the Honorable E. I. Key.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

No brief on file for appellant.

R. G. *Storey*, Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for unlawfully carrying a pistol.

We find no notice of appeal in the record.  This is essential to show jurisdiction in this court.

The appeal is dismissed.

*Dismissed.*